# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DAVID E. BAGLEY,**

    **Plaintiff,**

    **v.**

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

    **Case No. 2:14-cv-346**
    **JUDGE GREGORY L. FROST**
    **Magistrate Judge Norah McCann King**

## ORDER

On January 27, 2015, the parties filed a joint stipulation for an award of attorney's fees under the Equal Access to Justice Act. (ECF No. 23.) This Court accepts the joint stipulation and awards Plaintiff attorney's fees in the amount of $4,800.00. The parties shall coordinate the payment of the award as set forth in the joint stipulation.

    **IT IS SO ORDERED**.

    /s/ Gregory L. Frost
    GREGORY L. FROST
    UNITED STATES DISTRICT JUDGE